UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| WILLIE ED HALEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 1-15-00002 |
| v. | ) | Senior Judge Haynes |
| | ) | |
| JAMIE MAHAR, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 37) to grant Plaintiff Willie Haley's motion to dismiss voluntarily (Docket Entry No. 36). Defendant has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Plaintiff Willie Haley's motion to dismiss voluntarily (Docket Entry No. 36) is **GRANTED** and Defendant Jamie Mahar's motion for summary judgment (Docket Entry No. 24) is **DENIED as moot.** This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ____ day of November, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge